## FERGUSON v. ASHEVILLE CONTRACTING CO.

No. 200P91

Case below: 102 N.C.App. 351

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## 47TH STREET PHOTO, INC. v. POWERS

No. 20P91

Case below: 100 N.C.App. 746

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 12 June 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## GALLBRONNER v. MASON

No. 144P91

Case below: 101 N.C.App. 362

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## GARDNER v. THOMASON

No. 184P91

Case below: 102 N.C.App. 351

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## GREER v. WATSON

No. 42P91

Case below: 101 N.C.App. 242
              328 N.C. 731

Petition by defendant (Nationwide) to reconsider petition for discretionary review dismissed 12 June 1991. Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 June 1991.